IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff,* | § § § | |
| v. | § | CIVIL NO. 9:14-CV-00138-MHS-KFG |
| JOHN PARKS TROWBRIDGE, JR., et al, | § § § | |
| *Defendants.* | § | |

## NOTICE OF DEFENDANT'S 26 U.S.C. 6013(g)(4) REVOCATION OF (APPARENT) GENERAL ELECTION TO BE TREATED AS A RESIDENT OF THE TITLE 26 U.S.C. 7701(a)(9) GEOGRAPHICAL UNITED STATES

Defendant JOHN PARKS TROWBRIDGE, JR. ("Defendant") hereby gives Notice and proof of Defendant's revocation of Defendant's (apparent) general election to be treated as a resident of the Title 26 U.S.C. 7701(a)(9) geographical United States, i.e., the District of Columbia, the Commonwealth of Puerto Rico, Guam, American Samoa, the Virgin Islands, and the Commonwealth of the Northern Mariana Islands, as authorized by Congress in 26 U.S.C. 6013(g)(4), in the form of the attached original of (1) Statement of Revocation, submitted for filing with the Director, Austin Service Center, Department of the Treasury, Internal Revenue Service July 20, 2015, and (2) Affidavit of Mailing, both of which are made fully part hereof and incorporated herein by reference.

DATE:   July 21, 2015

John Parks Trowbridge, Jr.
9816 Memorial Boulevard #205
Humble, Texas
(281) 540-2255

## CERTIFICATE OF SERVICE

I certify that on July 21, 2015, the foregoing NOTICE OF DEFENDANT'S 26 U.S.C. 6013(g)(4) REVOCATION OF (APPARENT) GENERAL ELECTION TO BE TREATED AS A RESIDENT OF THE TITLE 26 U.S.C. 7701(a)(9) GEOGRAPHICAL UNITED STATES was served via United States Mail, postage pre-paid, as follows:

Joshua Smeltzer
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201

_____
John Parks Trowbridge, Jr.

John Parks Trowbridge, Jr.
9816 Memorial Boulevard #205
Humble, Texas

July 20, 2015

Director, Austin Service Center           *Via USPS Tracking*
Department of the Treasury
Internal Revenue Service
3651 South Interregional Highway 35
Austin, TX 78741

Re:    26 U.S.C. 6013(g)(4)(A)

Statement of Revocation

In accordance with the provisions of 26 C.F.R. 1.6013-6(b)(1)(ii), the undersigned, John Parks Trowbridge, Jr. (the "Undersigned"), Social Security Account Number 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, hereby submits for filing this Statement of Revocation in respect of the Undersigned's (apparent) 26 U.S.C. 6013(g)(1) general election to be treated as a resident of the United States—as Congress define the term "United States" in a geographical sense in 26 U.S.C. 7701(a)(9)—as authorized by Congress in 26 U.S.C. 6013(g)(4)(A).

Thank you in advance for your diligent assistance.

                                                   Very truly yours,

                                                   *[signature]*

                                                   John Parks Trowbridge, Jr.

# Affidavit of Mailing

The undersigned, Shyla Rae Lee McComb (the "Undersigned"), is over 18 years of age and not a party to the within action. The Undersigned's business address is:

Shyla Rae Lee McComb
28155 Etta Oak Lane
Splendora, Texas

On the 20th day of July 2015, the Undersigned mailed one copy of the following:

- **Statement of Revocation,** dated July 20, 2015, signed by John Parks Trowbridge, Jr., one (1) page in length,

a total of one (1) page mailed herewith, including all attachment pages (not including this Affidavit of Mailing) by USPS Tracking 9505510363615201149408 in a sealed envelope with postage pre-paid, properly addressed to Director, Austin Service Center as follows:

Director, Austin Service Center
Department of the Treasury
Internal Revenue Service
3651 South Interregional Highway 35
Austin, TX 78741

The Undersigned hereby solemnly swears, declares, and states that the Undersigned executes this Affidavit of Mailing on the Undersigned's unlimited liability, that the Undersigned is competent to state the matters set forth herein, that the facts stated herein are true, correct, and complete in accordance with the Undersigned's best firsthand personal knowledge and belief, and that this Affidavit of Mailing is signed, sworn to, and executed July 20, 2015, in Humble, Harris County, Texas.

_Shyla Rae Lee McComb_
Shyla Rae Lee McComb

072015
Date              Witness: Catherine Diane Guion

072015
Date              Witness: Lucrecia Fay Taylor

072015
Date              Witness: Rena Jeannette Parker